295 P.2d 256

Matter of the Order Concerning JOINT CLASS A SCHOOL DISTRICT NO. 370, OWYHEE AND CANYON COUNTIES, State of Idaho, and Common School District No. 61, Canyon County, State of Idaho.

Delmer KECK and Mildred Keck, husband and wife, and Fritz Gebert, Plaintiffs-Respondents,

v.

JOINT CLASS A SCHOOL DISTRICT NO. 370, OWYHEE AND CANYON COUNTIES, State of Idaho, Defendant-Appellant.

No. 8204.

Supreme Court of Idaho.

March 20, 1956.

Richard B. Eismann, Homedale, for appellant.

Laurence N. Smith, Caldwell, for respondents.

KEETON, Justice.

This is a companion case to Case No. 8207 in which a decision was made and filed this date Idaho, 295 P.2d 249.[1] The two cases bear identical titles save and except that this case is an appeal from a judgment entered in the District Court of Canyon

I. 77 Idaho 453.

County, and Case No. 8207 is an appeal from a similar judgment entered in the District Court of Owyhee County. The same facts are involved in the two cases and the appeals were consolidated for hearing before this Court.

By virtue of the decision in Case No. 8207 and in accordance therewith, the judgment is affirmed. Costs to respondents.

TAYLOR, C. J., SMITH, J., and BECKWITH, District Judge, concur.

PORTER, J., dissents.